UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DARRELL KUHN, et al.,

    Plaintiffs,

v.

JAMES ZEHRINGER, et al.,

    Defendants.

Case No.: 2:17 CV 00315

Judge Michael H. Watson

Magistrate Judge Terence P. Kemp

## AGREED ENTRY

This case having come before the court on the Joint Motion to Stay filed by Plaintiffs and Defendants, and the court finding good cause, it is hereby ORDERED that this case, and all proceedings and deadlines herein, are STAYED until August 24, 2017.

APPROVED
/s/ Bruce L. Ingram
Bruce L. Ingram (0018008)
*Trial Attorney
Joseph R. Miller (0068463)
Thomas H. Fusonie (0074201)
Daniel E. Shuey (0085398)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Telephone: (614) 464-6400
Facsimile: (614) 464-6350
blingram@vorys.com
jrmiller@vorys.com
thfusonie@vorys.com
deshuey@vorys.com
*Counsel for Plaintiffs.*

Michael H. Watson
United States District Judge

MICHAEL DeWINE
Attorney General of Ohio

*/s/ Stephen E. Chappelear*
Stephen E. Chappelear (0012205)
*Trial Attorney
Frank J. Reed, Jr. (0055234)
Ashley L. Oliker (0085628)
Special Counsel
FROST BROWN TODD LLC
10 W. Broad Street, Suite 2300
Columbus, Ohio 43215
Telephone: (614) 464-1211
Facsimile: (614) 464-1737
schappelear@fbtlaw.com
freed@fbtlaw.com
aoliker@fbtlaw.com
*Counsel for Defendants*